UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATASHA LEANN CAMPBELL and JUSTIN LEE WISE<br>　　　　　Plaintiff<br><br>vs.<br><br>FARMLAND FOODS, INC, a foreign corp.<br>　　　　　Defendant | Case No.   02-4010 |

## ORDER FOLLOWING REPORT OF SETTLEMENT

The dispute between Plaintiff Natasha Leann Campbell and Defendant Farmland Foods, Inc. has been reported settled.  The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal and a dismissal order.

All timetables and scheduled hearings in this case as to this plaintiff only are cancelled until further notice.

The case remains stayed as to plaintiff Justin Lee Wise's claims until further notification as to his deployment.

ENTER this 26th day of July, 2004.

　　　　　　　　　　　　　s/ John A. Gorman

　　　　　　　　　　　　JOHN A. GORMAN
　　　　　　　　UNITED STATES MAGISTRATE JUDGE