E-FILED
Monday, 20 December, 2004 02:23:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| NATASHA LEANN CAMPBELL and JUSTIN LEE WISE, <br><br> Plaintiffs, <br><br> vs. <br><br> FARMLAND FOODS, INC., a foreign corporation, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 02-4010 ) ) ) ) ) ) |

## STIPULATION FOR DISMISSAL

Natasha Leann Campbell and Justin Lee Wise, by their attorneys, Mustain Lindstrom & Henson and Farmland Foods, Inc., by its attorneys, Howard & Howard Attorneys, P.C., stipulate to dismissal of this action with prejudice for the reason that the matter has been resolved.

Respectfully submitted,

Natasha Leann Campbell and Justin Lee Wise

By_____
Christopher Henson, Esq.
Mustain Lindstrom & Henson
1865 North Henderson Street
Suite 11B
Galesburg, IL 61401
Telephone: (309) 344-5252

Respectfully submitted,

Farmland Foods, Inc.

By_____
Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL 61602-1350
Telephone: (309) 672-1468